**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.  3:15-CR-093-FDW-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | )    **O R D E R** |
| **v.** | ) |
| | ) |
| | ) |
| **DIANDRE HAKEEM GRIFFIN** | ) |
| _____ | ) |

       **THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal Government's Response" (Document No. 21) filed October 22, 2015 in the above referenced matter.  Having carefully considered the motion, and for good cause shown, the undersigned will <u>grant</u> the motion.

       **IT IS, THEREFORE, ORDERED** that the "Motion To Seal Government's Response" (Document No. 21) is hereby **GRANTED**.

Signed: October 26, 2015

_____
David C. Keesler
United States Magistrate Judge