# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CRIMINAL ACTION NO. 3:15-CR-00093-GCM-DCK

| | |
|---|---|
| USA, | )<br>)<br>)<br>) |
| v. | ) **ORDER**<br>) |
| DIANDRE HAKEEM GRIFFIN, | )<br>)<br>)<br>) |

**THIS MATTER** is before the Court on its own motion. In advance of the June 6, 2016 trial term set for Defendant, the Court orders that:

Any additional motions to compel discovery, motions to suppress, motions under Rules 7, 8, 12, 13, 14, 16, 18, and 41 of the Federal Rules of Criminal Procedure, and motions *in limine* shall be filed no later than **May 30, 2016**. Responses to those motions shall be filed no later than **June 3, 2016**. Proposed jury instructions shall be filed no later than **June 3, 2016**. Trial briefs are not required but may be filed at the election of counsel if briefing would substantially aid the Court at trial.

**SO ORDERED**.

Signed: April 29, 2016

Graham C. Mullen
United States District Judge