# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:15-CR-00093-GCM-DCK

| | |
|---|---|
| USA, | )
| | )
| **Plaintiff,** | )
| | )
| v. | ) **ORDER**
| | )
| DIANDRE HAKEEM GRIFFIN, | )
| | )
| **Defendant.** | )
| | )

**THIS MATTER** is before the Court on its own motion. **IT IS ORDERED** that the above-captioned case be moved to the **July 25, 2016** trial term. All other deadlines contained in the Court's May 19, 2016 Order (Doc. No. 43) will remain the same.

**SO ORDERED.**

Signed: May 26, 2016

Graham C. Mullen
United States District Judge