# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:15-CR-00093-GCM-DCK

| | |
|---|---|
| USA, | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )    **ORDER** |
| | ) |
| DIANDRE HAKEEM GRIFFIN, | )<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER** is before the Court on the handwritten "Notice of Appeal," sent by Defendant, Diandre Griffin, to the courthouse and received July 14, 2016. (Doc. No. 55) The undersigned notes that Defendant is represented by Gregory J. Plumides. It is the practice of the Court that when a Defendant is represented by counsel, all motions should be filed through counsel of record.

**IT IS THEREFORE ORDERED** that the Defendant's "Notice of Appeal" is denied without prejudice. Defendant may re-file his motion, if desired, through his counsel, Gregory J. Plumides.

**SO ORDERED.**

Signed: July 18, 2016

_____
Graham C. Mullen
United States District Judge