IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:15CR93-GCM |
| v. | ) | |
| | ) | |
| | ) | **ORDER** |
| DIANDRE HAKEEM GRIFFIN, a/k/a "King." | ) ) ) | |

For Good Cause shown in the United States' Motion to Dismiss Count Two of the Superseding Bill of Indictment, the Court hereby grants the dismissal of Count Two in the Superseding Bill of Indictment in Docket No. 3:15CR93 without prejudice as to Defendant Diandre Hakeem Griffin.

Signed: July 21, 2016

Graham C. Mullen
United States District Judge